DAN RAYFIELD
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  James.S.Smith@doj.oregon.gov
           Nathaniel.Aggrey@doj.oregon.gov

Attorneys for Defendants Oregon Youth Authority, Brazeau, Humbert, Peters, Mink and Duval

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| M.S. and B.Y., proceeding under pseudonyms,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF OREGON, by and through the Oregon Youth Authority; KAREN BRAZEAU; BOBBY MINK, COLETTE PETERS; CHRIS DUVAL; LORY HUMBERT; ROBERT L. BLACKSMITH; and ALEX BLEVINS,<br><br>Defendants. | Case No.  3:25-cv-01721<br><br>NOTICE OF REMOVAL OF ACTION |

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

PLEASE TAKE NOTICE that the civil case of: M.S and B.Y., proceeding under pseudonyms, Plaintiffs v. STATE OF OREGON, by and through the Oregon Youth Authority; KAREN BRAZEAU; BOBBY MINK, COLETTE PETERS; CHRIS DUVAL; LORY HUMBERT; ROBERT L. BLACKSMITH; and ALEX BLEVINS, Defendants, Multnomah County Circuit Court Case No. 25CV42363, is hereby removed to the US District Court for the District of Oregon, Portland Division, pursuant to 28 USC § 1331 and 1446. The grounds for removal are as follows:

1.      On July 23, 2025, Plaintiffs filed their Complaint in the Multnomah County Circuit Court, Case No. 25CV42363. Pursuant to 28 USC § 1446(a), a copy of the Complaint is attached hereto as **Exhibit 1**. The Complaint contained claims for civil rights violations brought pursuant to 42 USC 1983 and negligence and sexual battery claims brought pursuant to the Oregon Tort Claims Act.

2.      Attached as **Exhibit 2** is a true copy of the Summons and Complaint served upon defendants Brazeau, Mink, Peters, and Duval, August 29, 2025, in Portland, along with a copy of each of the Acceptances of Service signed by defendants' counsel on that date.

3.      Attached as **Exhibit 3** is a true and correct copy of the Acceptance of Service for the State of Oregon, signed September 3, 2025.

4.      Attached as **Exhibit 4** is a true and correct copy of the Proof of Service on defendant Humbert, showing service on September 4, 2025.

5.      Attached as **Exhibit 5** is a true and correct copy of the Proof of Service on defendant Blacksmith, showing service on September 3, 2025.

6.      Attached as **Exhibit 6** is a true and correct copy of the Proof of Service on Defendant Blevins, showing service on September 4, 2025.

7.      All other items that are in the Circuit Court file are attached hereto as **Exhibit 7**, inclusive.

Page 2 -   NOTICE OF REMOVAL OF ACTION
          JSS/j3b/996938514

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

8.      This Notice of Removal is timely under 28 USC § 1446(b)(1), which provides that a Notice of Removal must be filed within 30 days after service or other receipt of the initial pleading.  The individual defendants represented by DOJ were served August 29, 2025; all other defendants were served on later dates.

9.      As of the date of this Notice, no further proceedings related to the case have been had in the Multnomah County Circuit Court.

10.      This court has jurisdiction over the civil rights claims pursuant to 28 USC § 1331, since those claims raise federal questions.  This court has supplemental jurisdiction over the Oregon Tort Claims Act claims pursuant to 28 USC § 1367(a).

11.      All the defendants (who are not fictitious) join in the Notice of Removal.

12.      Pursuant to 28 USC § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy will be electronically filed with the Multnomah County Circuit Court, attached hereto as **Exhibit 8**.

WHEREFORE, the above captioned case is removed from the Multnomah County Circuit Court to this court, pursuant to 28 USC § 1446.

DATED September  24 , 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ James S. Smith*
JAMES S. SMITH #840932
NATHANIEL AGGREY #172283
Senior Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.oregon.gov
Nathaniel.Aggrey@doj.oregon.gov
Of Attorneys for Defendants Oregon Youth
Authority, Brazeau, Humbert, Peters, Mink and
Duval

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000